IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

S.G.,                                         )
                                              )
            Plaintiff,                        )
                                              )
      v.                                      )
                                              )      1:26-cv-1122 (LMB/WBP)
JOSEPH EDLOW, in his official capacity as     )
      Director, U.S. Citizenship and Immigration   )
      Services,                               )
                                              )
            Defendant.                        )

## ORDER

Before the Court is plaintiff's Motion to Proceed Under Initials ("Motion"), in which she states that she has "filed suit to compel U.S. Citizenship and Immigration Services to adjudicate her long-pending Form I-589 asylum application" and argues that the "[d]isclosure of her full name on the public docket would undermine the very privacy interests that the asylum process is designed to protect and could expose her and her family to serious harm." [Dkt. No. 2].

Court proceedings must be as transparent as possible, and the names of litigants are important components of that transparency. See James v. Jacobson, 6 F.3d 233, 238 (4th Cir. 1993). Moreover, plaintiffs claiming that U.S. Citizenship and Immigration Services has unduly delayed the adjudication of their asylum applications regularly disclose their full names on the public record, and plaintiff has not provided a sufficient basis to justify her proceeding anonymously. For these reasons, plaintiff's Motion, [Dkt. No. 2], is DENIED, and it is hereby

ORDERED that by May 5, 2026, plaintiff file an Amended Complaint that includes plaintiff's full name.

The Clerk is directed to forward a copy of this Order to plaintiff, pro se.

Entered this 28 day of April, 2026.

Alexandria, Virginia

_____/s/_____
Leonie M. Brinkema
United States District Judge